From: 11/06/2020 14:07 #069 P.002/002

C Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(is) Charge No(s): |
|---|---|
| [X] FEPA | 0920ReSR091 |
| [X] EEOC | 470-2020-03359 |

**Gary Human Relations Commission** And EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| DR. JENNIFER DOCHEE | (708) 516-0099 | 1975 |

| Street Address | City, State and ZIP Code |
|---|---|
| 8631 Stone Creek Blvd | FRANKFORT, IL 60423 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| METHODIST HOSPITALS | 15-100 | (219) 886-4000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 600 GRANT STREET | GARY, INDIANA 46402 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [X] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04/13/2020   Latest: 04/13/2020
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**AMENDED**

I am an African American Female hired by the Respondent on or about August 15, 2019. My position Title was Interventional Cardiologist. During my employment, I became a recipient of continuous harassment by several male Cardiologist. The main decision maker is Indian. I complained and reported to the Respondents chairman and Chief Executive Officer and nothing was done. On April 13, 2020 I was disciplined and discharged in retaliation for my reporting the harassment. I was also threatened by the respondent that I would be reported to the National Practitioner Databank. On October 2, 2020 I was informed a negative reference was given on me discrediting my credentials and blocking me from getting hired at another hospital.

I believe I have been discriminated and retaliated against based on my race African American/ Sex Female in violation of Title VII of the Civil Rights Act of 1964 as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

11/3/2020  /s/ [signature]
Date / Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
October 28, 2020

EXHIBIT A