AO 450 (Rev. 01/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
Northern District of Indiana

DR. JENNIFER DOCHEE;
        Plaintiff
    v.                    **Civil Action No.**    2:21cv275

THE METHODIST HOSPITALS INC;
DR. VINCENT SEVIER;
DR. MIHAS KODENCHERY;
DR. HARISH SHAH;
DR. KUMAR VENKAT;
MATTHEW DOYLE;
        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiffs *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other: Causes of Action 12, 16, 20, 24, 25, and 31 are DISMISSED WITH PREJUDICE. Judgment is entered in favor of Defendants The Methodist Hospitals Inc, Dr. Vincent Sevier, Dr. Mihas Kodenchery, Dr. Harish Shah, Dr. Kumar Venkat, and Matthew Doyle and against Plaintiff Dr. Jennifer Dochee on those causes of action.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Magistrate Judge John E. Martin on a Motion to Dismiss Causes of Action 6-26 and 28-31 of Plaintiff's Amended Complaint.

DATE:   9/30/2024                                    *Chanda J. Berta, Clerk of Court*

                                                by       S/ J. Darrah
                                                       *Signature of Clerk or Deputy Clerk*